## IN RE LATIMER.

No. 147, Misc.   Decided November 25, 1957.

*John L. Kilcullen* for petitioner.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.